UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Criminal No: 8-1-GFVT |
| V. | ) ) ) | |
| JOSHUA SHANE RICKELS, | ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Report and Recommendation [R. 36] filed by United States Magistrate Judge Hanly A. Ingram. The Report and Recommendation addresses the reported violations of supervised release conditions by the Defendant Joshua Shane Rickels. [*Id.*] Judge Ingram recommends revocation of Rickels's supervised release, imprisonment for a term of 4 months, and upon completion of his sentence, re-imposition of supervised release for a term of 56 months. [*Id.* at 7.]

Judge Ingram's Report advises the parties that any objections must be filed within fourteen (14) days of service. [*Id.*] As of this date, neither party has filed objections or sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and

recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and agrees with the Magistrate Judge's Report and Recommendation.

Accordingly, the Court being sufficiently and otherwise advised, it is hereby **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation [R. 36] is **ADOPTED** as the opinion of this Court;

(2) Rickels' period of supervised release is **REVOKED** and he is **SENTENCED** to a term of imprisonment of four (4) months at a facility near his family, if possible;

(3) Following completion of his sentence, Rickels' supervised release shall be re-imposed for a term of 56 months;

(4) As an additional term of supervision, Rickels is required to successfully complete the in-patient drug treatment program offered by the VA in Lexington, Kentucky; and

(5) Additionally, if considered appropriate by the USPO, Rickels shall participate in mental health counseling following completion of the VA drug program.

This 23rd day of July, 2013.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge